### Commonwealth ex rel. Doan, Appellant, *v.* McQueen.

Submitted December 5, 1972. *Lawrence E. Wood*, and *Wood, Parke and Barnes*, for appellant; *Elliott D. Goldberg*, for appellee.

Order affirmed.

### Commonwealth ex rel. Feldman, Appellant, *v.* Feldman.

Argued December 4, 1972. *Kiefer N. Gerstley*, with him *Schachtel, Einhorn & Gerstley*, for appellant; *Gilbert P. High*, with him *Stephen G. Yusem*, and *High, Swartz, Roberts & Seidel*, for appellee.

Order affirmed.

### Commonwealth ex rel. Foster, Appellant, *v.* Thomas.

Argued December 6, 1972. *Frank V. Foster*, appellant, in propria persona; no oral argument was made nor brief submitted for appellee.

Orders affirmed.